# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORHAN MANSOUR et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF JERSEY CITY, et al.,<br><br>Defendants. | Civil Action No.: 24-06178 (CCC) (AME)<br><br><br>**ORDER** |

This matter comes before the Court by way of Magistrate Judge André M. Espinosa's Report and Recommendation that the motion of Plaintiffs Norhan Mansour and Omar Polanco (collectively, "Plaintiffs") to remand this action to the Superior Court of New Jersey, Essex County be granted. ECF No. 14. No objections have been filed thereto. The Court has considered the history of and submissions made in this case, as well as Judge Espinosa's Report and Recommendation, and for substantially the same reasons stated therein,

**IT IS** on this 7th day of January, 2025,

**ORDERED** that this Court adopts Judge Espinosa's December 20, 2025, Report and Recommendation that Plaintiffs' motion be granted and this matter be remanded to the Superior Court of New Jersey pursuant to 28 U.S.C. § 1447(c); and it is further

**ORDERED** that the Clerk of the Court shall close this case.

**SO ORDERED**.

                                                  /s/ Claire C. Cecchi
                                        **HON. CLAIRE C. CECCHI**
                                        **United States District Judge**